# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LIBRATY,<br><br>         Plaintiff,<br><br>    v.<br><br>ROBERT WILKIE, et al.,<br><br>         Defendants. | Case No.  1:20-cv-01764-NONE-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 9) |

This action was filed on December 15, 2020, and a mandatory scheduling conference was initially set for March 9, 2021.  (ECF Nos. 1, 4.)  On February 22, 2021, Plaintiff filed a motion to continue the scheduling conference as Plaintiff is waiting for Defendant the Regents of the University of California to provide a waiver of service, and Defendant the Department of Veterans Affairs has a deadline of March 15, 2021, to file a responsive pleading.  (ECF No. 9.)  The Court finds good cause to continue the scheduling conference.

Accordingly, Plaintiff's motion is GRANTED and the mandatory scheduling conference set for March 9, 2021, is HEREBY CONTINUED to **June 15, 2021, at 10:00 a.m.** in Courtroom 9.  The parties shall file a joint scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated:   **February 22, 2021**

UNITED STATES MAGISTRATE JUDGE