# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LIBRATY,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT WILKIE, et al.,<br><br>  Defendants. | Case No. 1:20-cv-01764-NONE-SAB<br><br>ORDER GRANTING JOHN T. HARRINGTON'S PRO HAC VICE APPLICATION<br><br>(ECF No. 15) |

The court has read and considered the application of John T. Harrington, attorney for Plaintiff Daniel Libraty for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 15.) Having reviewed the application, John T. Harrington's application for admission to practice Pro Hac Vice is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **June 15, 2021**

UNITED STATES MAGISTRATE JUDGE

1