# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LIBRATY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT WILKIE, et al.,<br><br>    Defendants. | Case No.  1:20-cv-01764-NONE-SAB<br><br>ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 19) |

On June 18, 2021, Plaintiff filed a notice of substitution of attorney, substituting new attorney John T. Harrington in place of current attorney Andrew D. Howell.  (ECF No. 19.) Accordingly, John T. Harrington is substituted as attorney of record for Plaintiff, and the Office of the Clerk is directed to terminate attorney Andrew D. Howell as counsel of record for Plaintiff.

IT IS SO ORDERED.

Dated:    **June 21, 2021**

_____
UNITED STATES MAGISTRATE JUDGE