# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LIBRATY,<br><br>             Plaintiff,<br><br>        v.<br><br>ROBERT WILKIE, et al.,<br><br>             Defendants. | Case No. 1:20-cv-01764-JLT-SAB<br><br>ORDER GRANTING TEJAL GARG'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 24) |

The Court has read and considered the application of Tejal Garg, attorney for Plaintiff Daniel Libraty, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  (ECF No. 24.)  Having reviewed the application, Tejal Garg's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **March 1, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1