# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LIBRATY,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT WILKIE, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01764-JLT-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO STRIKE EXPERT DISCLOSURES FILED IN ERROR<br><br>(ECF Nos. 26, 27) |

On May 18, 2022, Plaintiff filed an expert designation on the docket. (ECF No. 26.) On May 19, 2022, the Plaintiff filed a stipulated motion to strike the filing on the grounds that it was erroneously filed, and was only meant to be served on the other parties and not filed on the public docket. (ECF No. 27.) The Court finds good cause to grant the motion to strike.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to strike (ECF No. 27) is GRANTED, and the expert designation filed on May 18, 2022 (ECF No. 26), is STRICKEN.

IT IS SO ORDERED.

Dated:  **May 20, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1