# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LIBRATY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT WILKIE, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01764-JLT-SAB<br><br>ORDER GRANTING *PRO HAC VICE* APPLICATION OF KELLEE BOULAIS KRUSE<br><br>(ECF Nos. 45, 46) |

The Court has read and considered the application of Kellee Boulais Kruse, attorney for Plaintiff, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of the United States District Court for this District.  (ECF No. 39.)  Having reviewed the application of Kellee Boulais Kruse, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **March 14, 2024**

UNITED STATES MAGISTRATE JUDGE

1