UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Libraty, | No. 1:20-cv-01764-KJM-SAB |
| Plaintiff, | ORDER |
| v. | |
| Denis McDonough, et al., | |
| Defendants. | |

Having reviewed the briefs and record in support of an opposition to the pending motions for summary judgment at ECF Nos. 30, 31 and 32, the court finds oral arguments would be helpful in resolving those pending motions.

The court strongly prefers in-person oral argument for civil law and motion practice; attorneys appearing in person are often better prepared, more professional and answer the court's questions more thoroughly without talking over others. Although virtual appearances are discouraged, the court will consider requests for virtual appearance if supported by a verified showing of hardship, such as health concerns or an unreasonable increase in litigation costs. There will be no hybrid appearances; all persons appearing in a single case must appear by the same format.

In addition, because this matter is assigned to this District's Fresno Courthouse, the court will consider a request for an in-person hearing in the Fresno Courthouse based on a similar

verified showing of hardship.  Any request for a remote hearing or hearing in the Fresno Courthouse must be filed **within seven days**, after which the court will set oral arguments on the pending motions.

IT IS SO ORDERED.

DATED: February 13, 2025.

_____
UNITED STATES DISTRICT JUDGE