THE EMPLOYMENT LAW GROUP, PC
R. Scott Oswald (admitted *pro hac vice*)
Kellee Boulais Kruse (admitted *pro hac vice*)
1717 K Street NW, Suite 1110
Washington, DC 20006
T: (202) 331-2883 | F: (202) 261-2835
E: kkruse@employmentlawgroup.com  | soswald@employmentlawgroup.com

ALEXANDER MORRISON + FEHR LLP
J. Bernard Alexander, III (State Bar No. 128307)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811
E: balexander@amfllp.com

*Attorneys for Plaintiff*
DANIEL LIBRATY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| **DANIEL LIBRATY**, | |
| Plaintiff, | |
| v. | No. 1:20-cv-01764-KJM-SAB |
| **DENIS MCDONOUGH**, Secretary of the United States Department of Veterans Affairs | **ORDER** |
| and | |
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**, | |
| Defendants. | |

**ORDER**

Upon consideration of the Joint Notice to Reschedule Oral Arguments, and the entire record herein, it is hereby ORDERED:

That the motion be, and is, hereby GRANTED; and

That oral arguments on summary judgment in this matter are rescheduled for June 26, 2025, at 10:00 a.m. before Judge Kimberly Mueller in Courtroom No. 3 in Sacramento, California.

DATED: March 12, 2025.

_____
UNITED STATES DISTRICT JUDGE