1  MICHAEL D. BRUNO (SBN: 166805)
   NATALIE B. FUJIKAWA (SBN: 258724)
2  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054
   mbruno@grsm.com
5  nfujikawa@grsm.com

6  Attorneys for Defendant
   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
7

8                  UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11 | DANIEL LIBRATY,                                    ) Case No. 1:20-cv-01764-KJM-SAB
                                                        )
12 |                        Plaintiff,                  )
                                                        ) **STIPULATION AND ORDER**
13 |        vs.                                         )
                                                        )
14 | DENIS McDONOUGH, Secretary of the                  )
     United States Department of Veterans               )
15 | Affairs and THE REGENTS OF THE                     )
     UNIVERSITY OF CALIFORNIA,                          ) Complaint Filed: December 15, 2020
16 |                                                    )
                             Defendants.                )
17 |                                                    )

-1-
STIPULATION AND ORDER

1   By and through their attorneys of record, Plaintiff, Daniel Libraty ("Dr. Libraty") and
2   defendant, The Regents of the University of California ("The Regents") hereby stipulate as
3   follows:
4   The Regents contends that it is owed court costs in connection with its prevailing in
5   this case by obtaining a judgment in its favor. In exchange for Dr. Daniel Libraty's waiving all
6   rights he may have to appeal or challenge the judgment in favor of The Regents, the Regents
7   will not pursue the court costs.
8   It is so stipulated.

Dated:  October ____, 2025       GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Michael D. Bruno
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Dated:  October ____, 2025       THE EMPLOYMENT LAW GROUP, PC

By: _____
Kellee Boulais Kruse
Attorneys for Plaintiff
DANIEL LIBRATY

---

ORDER

IT IS SO ORDERED.

DATED:  October 24, 2025.

_____
UNITED STATES DISTRICT JUDGE